PROB 12C
(6/16)

Report Date: October 10, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Michael Fogler      Case Number: 0980 1:14CR02097-TOR-1

Address of Offender:      , Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 23, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 30 months; TSR - 36 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: September 26, 2017 |
| Defense Attorney: | To be assigned     Date Supervision Expires: September 25, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On September 26, 2017, Mr. Fogler signed his conditions of supervised release relative to this docket number 1:14CR02097-TOR-1, indicating he understood all conditions as ordered by the Court.<br><br>Mr. Fogler violated Standard Condition #3 on October 6, 2017, by not reporting to U.S. Probation as directed by this officer. On October 5, 2017, Mr. Fogler called this officer and stated he messed up by consuming controlled substances on or about October 4, 2017. This officer directed Mr. Fogler to report to U.S. Probation on October 6, 2017, between 10 a.m. and 12 p.m. Mr. Fogler failed to report to this office as directed and has not responded to this officer's attempts to contact him. |
| 2 | **Special Condition # 16**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Fogler, Ryan Michael**
**October 10, 2017**
**Page 2**

        **Supporting Evidence**: On September 26, 2017, Mr. Fogler signed his conditions of supervised release relative to this docket number 1:14CR02097-TOR-1, indicating he understood all conditions as ordered by the Court.

        Mr. Fogler violated Special Condition #16 on or about October 4, 2017. On October 5, 2017, Mr. Fogler called this officer and stated he messed up by consuming controlled substances on or about October 4, 2017. This officer directed Mr. Fogler to report to U.S. Probation on October 6, 2017, between 10 a.m. and 12:00 p.m. to discuss his recent use of controlled substances.

3        **Special Condition # 14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: On September 26, 2017, Mr. Fogler signed his conditions of supervised release relative to this docket number 1:14CR02097-TOR-1, indicating he understood all conditions as ordered by the Court.

        On October 2, 2017, this officer contacted Mr. Fogler at his residence. During the contact, this officer directed Mr. Fogler to complete a substance abuse assessment at Merit Resource Services (Merit) by October 6, 2017. Mr. Fogler made a commitment to complete the substance abuse assessment on October 3, 2017. On October 6, 2017, this officer contacted Merit; Merit staff informed this officer that Mr. Fogler did not show up for his scheduled assessment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   October 10, 2017

                     s/Phil Casey

                     Phil Casey
                     U.S. Probation Officer

Prob12C
**Re: Fogler, Ryan Michael**
**October 10, 2017**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[✔]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

October 10, 2017
_____
Date