PROB 12C
(6/16)

Report Date:  December 11, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Michael Fogler          Case Number: 0980 1:14CR02097-TOR-1

Address of Offender:                    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 23, 2015

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 26, 2017 |
| Defense Attorney: | To be assigned | Date Supervision Expires: September 25, 2020 |

## PETITIONING THE COURT

To incorporate the violation  contained in this petition in future proceedings with the violations previously reported to the Court on 10/10/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: On September 26, 2017, Mr. Fogler signed his conditions of supervised release relative to this docket number 1:14CR02097-TOR-1, indicating he understood all conditions as ordered by the Court.

Mr. Fogler was arrested on December 7, 2017, and is being charged with two felonies: Unlawful Possession of a Firearm in violation of Revised Code of Washington (RCW) 9.41.0409(2), and Attempting to Elude a Police Vehicle in violation of RCW 46.61.024, Yakima County Superior Court, cause number 17-1-02418-5.

According to a Yakima Police Department (YPD) report for case number 17Y053792, the following occurred: On December 7, 2017, officers responded to 1305 South First Street in the City of Yakima after receiving a report of shots fired from a vehicle.  As YPD officers approached the vehicle, the driver later identified as Mr. Fogler, drove off.  A YPD officer activated the police vehicle's emergency lights and sirens to attempt to pull the suspect vehicle over.  Mr. Fogler refused to pull over and attempted to elude YPD.  The offender

Prob12C
**Re: Fogler, Ryan Michael**
**December 11, 2017**
**Page 2**

failed to stop at stop signs and was driving at speeds of approximately 80 miles per hour in a residential neighborhood.  Mr. Fogler eventually stopped the vehicle, exited and ran from YPD on foot.  Shortly after the offender ran from the vehicle he was apprehended by YPD.

When YPD cleared the vehicle Mr. Fogler was driving during his attempt to elude, a black colored pistol was located underneath the dashboard on the driver's side floorboard.  YPD secured the vehicle and it was towed to the YPD garage until a search warrant could be obtained.  At the time this report was written, this officer is unaware if the search warrant was executed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition to future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 11, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

December 11, 2017

Date